UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>     Plaintiff - Appellant,<br><br>v.<br><br>ADRIENNE McCOY, Judge,<br><br>     Defendant - Appellee. | No. 24-3498<br><br>D.C. No.<br>2:24-cv-00694-JNW<br>Western District of Washington,<br>Seattle<br><br>ORDER |

On June 25, 2024, this court ordered appellant to file a motion to dismiss this appeal or file a statement explaining why the appeal is not frivolous and should go forward. The order warned appellant that failure to comply would result in the dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court will, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT